# Exhibit A

ONLY MARK HERE TO CANCEL     BILL OF LADING     Order # : 4297474
                                                                       03:05 PM

# Preferred Freezer Services of Boston Harbor, LLC

FS    60 Commercial St, Everett, MA 02149 \ PHONE: (617) 387-2050
FAX: (617) 387-2249 EMAIL: a7orders@preferredfreezer.com

                                                                                              Page    1    of    2

FROM ACCOUNT OF:   CASEAF          CONSIGNED TO:   RICGRO
CAPE SEAFOOD LLC                         RICHWELL GROUP INC
84 INDUSTRIAL PARK                       17521 RAILROAD ST
Saco, ME                                        SUITE H&I
04072                                                 CITY OF INDUSTRY, CA
                                                      91748-                          4297474

Order Date     : 12.14.16
Cust. Ord. Num   :                 Freight Term : COLLECT
P.O. Number      :                    Carrier : SENECA LOGISTICS

LOT Code                Description                                      Net    Wgt
(ITEM Code)    Units SKU           Pallets in     Pallets out     Gross Wgt
------------------------------------------------------------------------------

Order Remarks :    Please help us and Seneca stack these
                        pallets as tall as possible to maximize
                        space. Thank you -

51195H         108 CS     IQF COOKED LOBSTER BULLETS 1/10             10.00
                                NA
(Item: S005-1-10-S4)                                          12.30
                                MOC: WILD    COO: United States
                                1-C004G     108 CS

51334H         109 CS     IQF COOKED LOBSTER BULLETS 1/10             10.00
                                RICHWELL
(Item: S005-1-10-S4)                                          13.10
                                MOC: WILD    COO: United States
                                1-O049G     109 CS

51537H         240 CS     WHOLE LOBSTER BULLETS COOKED IQF 1/10       10.00
                                RICHWELL
(Item: S005-1-10-S4)                                          12.30
                                MOC: WILD    COO: United States
                                1-D029F ✓120 CS     1-D049G ✓120 CS

51241H         360 CS     IQF SPLIT LOBSTER BULLETS RAW 1/10          10.00
                                RICHWELL
(Item: S005-1-10-S4)                                          12.70
                                MOC: WILD    COO: United States
                                1-M019G ✓120 CS     1-M023H ✓120 CS     1-M025G ✓120 CS

Continued on Page 2

CHECKED BY

*CM*

||||||||||||||||||
C A S E A F - 2 9 7 4 7 4

REC'D BY:   EPEREZ

SHIPPED BY:   Jones 12/15

*IMPORTANT: THIS IS PERISHABLE PRODUCT MAINTAIN PROPER TEMPERATURE

Preferred Freezer Services of Boston Harbor, LLC
Paper featuring Anoto Functionality. ID: 92.1974.105.28

```
                ONLY MARK                                    Order # :  4297474
                HERE TO       BILL OF LADING
                CANCEL                                                  03:05 PM

                  Preferred Freezer Services of Boston Harbor, LLC
   FS             60 Commercial St, Everett, MA 02149 \ PHONE: (617) 387-2050
                  FAX: (617) 387-2249 EMAIL: a7orders@preferredfreezer.com
                                                                Page    2 of    2
   FROM ACCOUNT OF:   CASEAF           CONSIGNED TO:  RICGRO
     CAPE SEAFOOD LLC                    RICHWELL GROUP INC
     84 INDUSTRIAL PARK                  17521 RAILROAD ST
     Saco, ME                            SUITE H&I
     04072                               CITY OF INDUSTRY, CA
                                         91748-                         4297474

   Order Date      : 12.14.16
   Cust. Ord. Num  :                     Freight Term : COLLECT
   P.O. Number     :                     Carrier      : SENECA LOGISTICS
```

| LOT Code (ITEM Code) | Units SKU | Description / Pallets in / Pallets out | Net Wgt / Gross Wgt |
|---|---|---|---|
| 51138H (Item: S005-1-10-S4) | 236 CS | IQF SPLIT LOBSTER BULLETS RAW 1/10 NA  MOC: WILD  COO: United States  1-N059C  120 CS    1-N063E  116 CS | 10.00  12.40 |
| 51194H (Item: S005-1-10-S4) | 120 CS | IQF SPLT LOBSTR BULLETS RAW 1/10 NA  MOC: WILD  COO: United States  1-C010F  120 CS | 10.00  13.20 |
| 51036H (Item: S005-1-10-S4) | 240 CS | IQF SPLIT LOBSTER BULLETS RAW 1/10 NA  MOC: WILD  COO: United States  1-O023G  120 CS    1-O073A  120 CS | 10.00  13.20 |
| 51070H (Item: S005-1-10-S4) | 600 CS | FRZ SPLIT LOBSTR BULLETS IQF RAW 1/10 NA  MOC: WILD  COO: United States  1-K022F  120 CS   1-K028F  120 CS   1-K034F  120 CS  1-K002F  120 CS   1-K008F  120 CS | 10.00  13.50 |

```
   Total Units   2013 CS    Total Net Weight      20130.00 LBS
                            Total Gross Weight    26058.70 LBS

   CHECKED BY

                     ||||| CASEAF-297474 |||||
                                                  REC'D BY:  [signature]
                                                  SHIPPED BY: [signature] 12/15

   *IMPORTANT: THIS IS PERISHABLE PRODUCT MAINTAIN PROPER TEMPERATURE

               Preferred Freezer Services of Boston Harbor, LLC
   Paper featuring Anoto Functionality.  ID: 92.1974.104.18
```

| ONLY MARK HERE TO CANCEL | BILL OF LADING | Order # : 4297512 |
|---|---|---|
| | | 08:59 AM |

## Preferred Freezer Services of Boston Harbor, LLC

FS       60 Commercial St, Everett, MA 02149 \ PHONE: (617) 387-2050
          FAX: (617) 387-2249 EMAIL: a7orders@preferredfreezer.com

Page   1 of   1

```
FROM ACCOUNT OF:   CAPDAN              CONSIGNED TO:  RICGRO
CAPTAIN DAN'S                           RICHWELL GROUP INC
341 ch. CAP LUMIERE                     17521 RAILROAD ST
RICHIBOUCTOU-VILLAGE                    SUITE H&I
NB E4W 1C9, CANADA                      CITY OF INDUSTRY, CA
                                        91748-                      4297512

Order Date      : 12.15.16
Cust. Ord. Num  : 13447              Freight Term : COLLECT
P.O. Number     : 1105000            Carrier : SENECA LOGISTICS

LOT Code                Description                          Net   Wgt
(ITEM Code)  Units SKU        Pallets in___  Pallets out___  Gross Wgt
------------------------------------------------------------------------
51713H         171 CS   16/20OZ LOBSTER TAILS RAW IQF 1/10    10.00
                        CAPTAIN DANS
(Item: S005-1-10-S4)                                          12.60
                        MOC: WILD   COO: CANADA
                   1-F000L   171 CS
------------------------------------------------------------------------
```

Total Units  171 CS    Total Net Weight     1710.00 LBS
                       Total Gross Weight   2154.60 LBS

CHECKED BY



|||||CAPDAN-297512|||||

REC'D BY: _CPanet_

SHIPPED BY: _Jones 12/15_

*IMPORTANT: THIS IS PERISHABLE PRODUCT MAINTAIN PROPER TEMPERATURE

Preferred Freezer Services of Boston Harbor, LLC
Paper featuring Anoto Functionality.  ID: 92.1974.32.22

| ONLY MARK HERE TO CANCEL | BILL OF LADING | Order # : 4297068 |
|---|---|---|
| | | 12:38 PM |

AA

## Preferred Freezer Services of Boston Harbor, LLC
60 Commercial St, Everett, MA 02149 \ PHONE: (617) 387-2050
FAX: (617) 387-2249 EMAIL: a7orders@preferredfreezer.com

Page 1 of 2

```
FROM ACCOUNT OF:  AQUHOL              CONSIGNED TO:  RICGRO
  AQUASHELL HOLDINGS INC                 RICHWELL GROUP INC
  P.O. BOX 300                           17521 RAILROAD ST
  Wallace, NS                            SUITE H&I
  B0K 1Y0                                CITY OF INDUSTRY, CA
                                         91748-                    4297068


Order Date      : 12.08.16
Cust. Ord. Num  : 1104200                Freight Term : COLLECT
P.O. Number     :                        Carrier : Own Instructions

LOT Code                   Description                                   Net  Wgt
(ITEM Code)   Units SKU         Pallets in____  Pallets out___          Gross Wgt
-------------------------------------------------------------------------------
51215H         ~63 CS      5-6OZ LOBSTER TAILS RAW IQF 1/10              10.00
                           AQUASHELL
(Item: S005-1-10-D1)                                                     12.80
               MOC: WILD     COO: CANADA
               1-L008G    63 CS
-------------------------------------------------------------------------------
51108H         45 CS       8-10OZ LOBSTER TAILS IQF 1/10                 10.00
                           NA
(Item: S005-1-10-D1)                                                     13.20
               MOC: WILD     COO: CANADA
               1-M032F    45 CS
-------------------------------------------------------------------------------
51217H         120 CS      8-10OZ LOBSTER TAILS RAW IQF 1/10             10.00
                           AQUASHELL
(Item: S005-1-10-D1)                                                     12.80
               MOC: WILD     COO: CANADA
               1-L001G    120 CS
-------------------------------------------------------------------------------
50363H         12 CS       16-20OZ LOBSTER TAILS IQF 1/10                10.00
                           NA
(Item: S005-1-10-D1)                                                     13.50
               MOC: WILD     COO: CANADA
               1-G027A    12 CS
-------------------------------------------------------------------------------
51010H         108 CS      16-20OZ LOBSTER TAILS IQF 1/10                10.00
                           NA
(Item: S005-1-10-D1)                                                     12.90
               MOC: WILD     COO: CANADA
               1-F039F    108 CS
```

Continued on Page 2

CHECKED BY

[signature]

|||AQUHOL-297068|||

REC'D BY: EPerez

SHIPPED BY: [signature] 12/15

*IMPORTANT: THIS IS PERISHABLE PRODUCT MAINTAIN PROPER TEMPERATURE

Preferred Freezer Services of Boston Harbor, LLC
Paper featuring Anoto Functionality.  ID: 91.633.70.17

|  |  |  |
|---|---|---|
| ONLY MARK HERE TO CANCEL | BILL OF LADING | Order # : 4297068<br>12:38 PM |

# Preferred Freezer Services of Boston Harbor, LLC

AA

60 Commercial St, Everett, MA 02149 \ PHONE: (617) 387-2050
FAX: (617) 387-2249 EMAIL: a7orders@preferredfreezer.com

Page    2 of    2

```
FROM ACCOUNT OF:  AQUHOL              CONSIGNED TO:  RICGRO
 AQUASHELL HOLDINGS INC                RICHWELL GROUP INC
 P.O. BOX 300                          17521 RAILROAD ST
 Wallace, NS                           SUITE H&I
 B0K 1Y0                               CITY OF INDUSTRY, CA
                                       91748-                      4297068

Order Date       : 12.08.16
Cust. Ord. Num : 1104200               Freight Term : COLLECT
P.O. Number      :                     Carrier : Own Instructions

LOT Code                    Description                              Net    Wgt
(ITEM Code)    Units SKU         Pallets in____  Pallets out____  Gross  Wgt
------------------------------------------------------------------------------
51518H          120 CS       16-20OZ LOBSTER TAILS IQF 1/10         10.00
                             NA
(Item: S005-1-10-D4)                                                13.20
                             MOC: WILD    COO: CANADA
                             1-I013H    120 CS
------------------------------------------------------------------------------
```

Total Units   468 CS    Total Net Weight      4680.00 LBS
                        Total Gross Weight    6075.60 LBS

CHECKED BY



RECD BY: 

SHIPPED BY:

*IMPORTANT: THIS IS PERISHABLE PRODUCT MAINTAIN PROPER TEMPERATURE

**Preferred Freezer** Services of Boston Harbor, LLC

Paper featuring Anoto Functionality.  ID: 91.633.70.18